APPEAL No. 76-417. STATE v. LEWIS MANN. The State's motion for an extension of time to file its brief is granted. Said brief shall be filed on or before July 15, 1977.

This is the last extension which will be granted in this matter. *Julius C. Michaelson,* Attorney General, *John R. McDermott,* Special Asst. Attorney General, for plaintiff. *Edward John Mulligan,* for defendant.

APPEAL No. 77-52. MILDRED I. BARIL *et al. v.* IRIS C. BROWN *et al.* The motion of the defendant, Elliot F. Webster, to withdraw his appeal insofar as it relates to the granting of a new trial and his motion that the case be remanded to the Superior Court for a new trial, are granted.

The defendant's motion for an indefinite stay of time for the filing of his brief is granted. *Abedon, Stanzler, Biener, Skolnik & Lipsey, Howard I. Lipsey,* for plaintiffs. *Francis V. Reynolds,* for Iris C. Brown. *Gunning, LaFazia & Gnys, Inc., Raymond A. LaFazia,* for Elliot F. Webster, for defendants.

APPEAL No. 77-125. TOWN OF GLOCESTER *v.* RHODE ISLAND SOLID WASTE MANAGEMENT CORP. *et al.* The defendant's motion to affirm the judgment below pursuant to Rule 16(g) is denied. *George W. Shuster,* Town Solicitor, for plaintiff. *Keenan, Rice, Dolan, Reardon & Kiernan, Leonard A. Kiernan, Jr.,* for defendants.

APPEAL No. 77-61. BRIAN BURNS *et al. v.* CHRISTINE A. SULLIVAN *et al.* The plaintiff's motion to dismiss the appeal as moot is granted. *Manning, West, Santaniello & Pari, V. James Santaniello,* for plaintiffs. *Natale L. Urso,* for defendants.